1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9           **NORTHERN DISTRICT OF CALIFORNIA**

10             **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| CLIC GOGGLES, INC., | Case No. 12-cv-03935 NC |
| Plaintiff, | **ORDER TO SHOW CAUSE RE:**<br>**DISMISSAL** |
| v. | |
| STEPHEN SALGUERO, AVA<br>INVESTMENTS, LLC, and others, | |
| Defendants. | |

18      Plaintiff CLiC Goggles and Defendants Stephen Salguero and Ava Investments were

19   scheduled to appear at a case management conference in this Court on October 31, 2012 at

20   10:00 a.m.  None of the parties appeared.  Earlier in the week, plaintiff's counsel contacted

21   my courtroom deputy to say that the parties had reached a settlement and would file a

22   dismissal.  No dismissal has been filed.  Accordingly, plaintiff has until November 12, 2012

23   at 5:00 p.m. to show cause why this case should not be dismissed for failure to prosecute

24   and failure to follow court orders.

25      IT IS SO ORDERED.

26      Date: November 5, 2012

27                                   Nathanael M. Cousins
                                    United States Magistrate Judge

28

Case No. 12-cv-03935 NC
ORDER TO SHOW CAUSE RE:
DISMISSAL