1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11
   CLIC GOGGLES, INC.,                    Case No. 12-cv-03935 NC
12
                     Plaintiff,           **ORDER TO SHOW CAUSE RE:**
13                                         **DISMISSAL**

14          v.

15   STEPHEN SALGUERO, AVA
     INVESTMENTS, LLC, and others,
16
                     Defendants.
17

18          Plaintiff CLiC Goggles and Defendants Stephen Salguero and Ava Investments were

19   scheduled to appear at a case management conference in this Court on October 31, 2012 at

20   10:00 a.m.  None of the parties appeared.  Earlier in the week, plaintiff's counsel contacted

21   my courtroom deputy to say that the parties had reached a settlement and would file a

22   dismissal.  No dismissal has been filed.  Accordingly, plaintiff has until November 12, 2012

23   at 5:00 p.m. to show cause why this case should not be dismissed for failure to prosecute

24   and failure to follow court orders.

25          IT IS SO ORDERED.

26          Date: November 5, 2012                    _____
                                                      Nathanael M. Cousins
27                                                    United States Magistrate Judge

28